**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

WESTPORT INSURANCE CORPORATION,     :
         Plaintiff,        :
                        :
         v.               :     Civil No. 5:22-cv-02431-JMG
                        :
GLENN MCGOGNEY, *et al.*,         :
         Defendants.     :

---

**ORDER**

**AND NOW**, this 31st day of July 2024, upon consideration of Plaintiff's Motion for Entry of Default against Defendant McGogney (ECF No. 53) and Defendant McGogney's failure to respond in any way to the Complaint (ECF No. 1) or the instant Motion (ECF No. 53), **IT IS HEREBY ORDERED** that the Motion is **GRANTED.**

       **IT IS FURTHER ORDERED** that Default Judgment is **ENTERED** against Defendant McGogney as to Count I of the Complaint.

                       BY THE COURT:


                       */s/ John M. Gallagher*
                       JOHN M. GALLAGHER
                       United States District Court Judge